**REID, A.**

v.

**DOC, et al.**

327 MD 2017

Commonwealth Court of Pennsylvania.

07/17/2017

Original Jurisdiction, Original Jurisdiction

Dismissed

■

**FEUDALE, R.**

v.

**DEP**

1905 CD 2016

Commonwealth Court of Pennsylvania.

07/17/2017

Environmental Hearing Board, EHB Docket No. 2016–110–C

Affirmed

■

**MCNEW, R.**

v.

**ZHB EAST MARLBOROUGH TWP.**

1425 CD 2016

Commonwealth Court of Pennsylvania.

07/20/2017

Chester County Civil Division, 14–08568

Affirmed

■

**CARDINAL CROSSING GP, et al.**

v.

**MARPLE TWP.**

1741 CD 2016

Commonwealth Court of Pennsylvania.

07/20/2017

Delaware County Civil Division, No. 2016–6083

Affirmed